**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario RUIZ–PALMA, Defendant–**
**Appellant.**

**No. 12–10290.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 12, 2015.[*]

Filed Jan. 14, 2015.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Cedric Martin Hopkins, The Hopkins Law Office PC, Tucson, AZ, for Defendant–Appellant.

Before: WALLACE, M. SMITH, and FRIEDLAND, Circuit Judges.

MEMORANDUM [**]

Mario Ruiz–Palma appeals from his conviction following a jury trial for possession of marijuana with intent to distribute. The Government concedes error with regard to certain testimony and statements in closing argument that referred to Ruiz–Palma's post-arrest silence, but it contends such error was harmless. We assume that Ruiz–Palma's claim of error was preserved but conclude that it is "beyond a reasonable doubt that the error complained of did not contribute to the verdict obtained." *Chapman v. California,* 386 U.S. 18, 24, 87 S.Ct. 824, 17 L.Ed.2d 705 (1967). The evidence overwhelmingly established Ruiz–Palma's guilt. *Cf. Illinois v. Wardlow,* 528 U.S. 119, 124–25, 120 S.Ct. 673, 145 L.Ed.2d 570 (2000) (unprovoked, headlong flight upon noticing law enforcement suggests wrongdoing); *Maryland v. Pringle,* 540 U.S. 366, 373, 124 S.Ct. 795, 157 L.Ed.2d 769 (2003) (drug activity in a car is an enterprise to which a guilty person "would be unlikely to admit an innocent person with the potential to furnish evidence against him").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.